# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

        v.

MICHAEL ST. CLAIR,

        Petitioner

: No. 277 WAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.